AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**CRIS JOHN PENTINIO CASTOR,**<br><br>*Defendant(s)* | Case No. 23-MJ-6575-PAB |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 27, 2023__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2244(a)(5) | Abusive Sexual Contact of a Minor Under 12. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

M. Alexandra Montilla, Special Agent, FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __WhatsApp Video__

Date: 12-1-2023

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida          Hon. Panayotta Augustin-Birch, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, M. Alexandra Montilla, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), having been so employed since 1998. I am currently assigned to the Extra-Territorial Violent Crimes Squad of the FBI's Miami Division. As a Special Agent with the FBI, I have received general law enforcement training, and I have been personally involved in investigations concerning a variety of violations of federal offenses, including international violent crime, domestic violent crimes, drug trafficking, crimes against children, and other violations of federal law.

2. This affidavit is submitted in support of a criminal complaint charging **Cris John Pentinio Castor** ("CASTOR") with abusive sexual contact of a minor under twelve, in violation of Title 18, United States Code, Section 2244(a)(5). CASTOR is a citizen of the Philippines.

3. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation. This affidavit does not include every fact known to me about this investigation, but rather includes only those facts sufficient to establish probable cause.

## STATUTORY AUTHORITY

4. Title 18, United States Code, Section 2244, makes it a federal crime for anyone, within the special maritime and territorial jurisdiction of the United States of America, to knowingly engage or attempt to engage in sexual contact with a person who has not attained twelve years of age. The term "sexual contact," means the intentional touching, either directly or through

1

the clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

## PROBABLE CAUSE

5. The "Celebrity Silhouette" (the "Cruise Ship") is a cruise ship owned by Royal Caribbean Cruise Lines and is registered in Malta. The Cruise Ship departed from Port Everglades, located in Fort Lauderdale, Broward County, Florida ("Port Everglades"), on or about November 20, 2023, and was at sea on or about November 21–22, 2023. The Cruise Ship then sailed to Philipsburg, St. Maarten on or about November 23, 2023; Castries, St. Lucia on or about November 24, 2023; Scarborough, Tobago on or about November 25, 2023; St. George's, Grenada on or about November 26, 2023; St. Johns, Antigua, on or about November 27, 2023; and then the ship returned to Port Everglades on November 30, 2023. At all times relevant to this investigation, the Cruise Ship was a foreign vessel traveling in the special maritime and territorial jurisdiction of the United States of America.

6. CASTOR was a crewmember working as a Youth Counselor at the Cruise Ship's Camp at Sea Youth Center ("Youth Center") since August 2023.

7. On or about November 27, 2023, a complaint was made by Minor Victim's father to the Youth Center's Program Manager. Minor Victim, a United State citizen, is a 6-year-old female who was attending the Youth Center. At approximately 11:38am, the Minor Victim was picked up by her parents from the Youth Center. Shortly thereafter, the parents of Minor Victim returned to the Youth Center and stated to the Program Manager that their daughter wanted to share something with the Program Manager. Minor Victim proceeded to tell the Program Manager that "CJ," as CASTOR was known to crewmembers and Youth Center children, had inappropriately touched her "private parts," as she pointed towards her vaginal area.

8. A forensic interviewer interviewed Minor Victim on or about November 30, 2023, subsequent to the Cruise Ship's arrival in Port Everglades. When asked about the incident that occurred in the Youth Center, Minor Victim told the forensic interviewer that CASTOR touched her beneath her clothing, in the area "where the pee comes from," while she was playing a video game.

9. Security footage from the Youth Center captured the incident from behind and portrays Minor Victim and CASTOR sitting next to each other. Though the footage does not capture the contact directly, the footage is consistent with Minor Victim's statement and shows CASTOR's hand reaching into the lap of Minor Victim, in the vicinity of her vaginal area, while she played a video game on November 27, 2023.

10. Once encountered by law enforcement on November 30, 2023, CASTOR was read his *Miranda* warnings, waived his rights, and agreed to speak to law enforcement. In a recorded statement, CASTOR told law enforcement that he was aware and understood that he knowingly touched Minor Victim in the vicinity of her vagina. CASTOR also admitted to the inappropriate sexual touching of other minor children that were in his care at the Youth Center, on multiple occasions, while consciously hiding his acts from the Youth Center's security cameras. Furthermore, CASTOR admitted to inappropriately touching at least three additional minor children in their vaginal area, in some cases making skin-to-skin contact.

## CONCLUSION

11.     Based on the foregoing facts, I respectfully submit that probable cause exists to support a criminal complaint charging Cris John Pentinio CASTOR with abusive sexual contact of a minor under twelve, in violation of Title 18, United States Code, Section 2244(a)(5).

**FURTHER YOUR AFFIANT SAYETH NOT.**

Respectfully submitted,

*M. Alexandra Montilla*

M. Alexandra Montilla, Special Agent
Federal Bureau of Investigations (FBI)

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by
WhatsApp Video, on this  1st  day of December
2023, at Fort Lauderdale, Florida.

_____
HONORABLE PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 23-MJ-6575-PAB

### BOND RECOMMENDATION

DEFENDANT: CRIS JOHN PENTINIO CASTOR

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _/s/ Audrey Pence Tomanelli_
AUSA: Audrey Pence Tomanelli

Last Known Address: _____

What Facility: _____

Agent(s): M. Alexandra Montilla
(**FBI**)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)